

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2026**

_____

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **STEPHEN PHILLIP CHACKO,** | § | **CASE NO. 26-40041** |
| | § | |
| **Debtor** | § | **CHAPTER 13** |

FINAL ORDER ON MOTION OF STEPUP CAPITAL LLC TO MODIFY AUTOMATIC
STAY AS TO 2008 HEMPHILL STREET, FORT WORTH, TEXAS 76110

On March 13, 2026 this Court entered an Interim Order On Motion Of Stepup Capital

LLC To Modify Automatic Stay As To 2008 Hemphill Street, Fort Worth, Texas 76110 [Doc.

42]. On March 27, 2026 Stepup Capital filed its Notice Of Modification Of Automatic Stay

[Doc. 45].

On April 8, 2026 this Court conducted a final hearing on Stepup Capital's original

motion to modify automatic stay. After hearing the argument of counsel the Court is of the

opinion that the following Final Order should issue.

It is ORDERED that if this case is dismissed prior to June 3, 2026 that pursuant to 11

**FINAL ORDER ON MOTION OF STEPUP CAPITAL LLC
TO MODIFY AUTOMATIC STAY AS TO
2008 HEMPHILL STREET, FORT WORTH, TEXAS 76110**                **Page 1 of 2**

U.S.C. §362(d)(4) the automatic stay as to 2008 Hemphill Street, Fort Worth, Texas (the

"Property") shall not apply in any other case under this title purporting to affect the Property.


### end of order ###


APPROVED AS TO FORM:

*/s/ Robert M Nicoud*
Attorney for Stepup Capital, LLC


*/s/ Chris Barber*
Chris Barber,
Attorney for Debtor

**FINAL ORDER ON MOTION OF STEPUP CAPITAL LLC
TO MODIFY AUTOMATIC STAY AS TO
2008 HEMPHILL STREET, FORT WORTH, TEXAS 76110**                    **Page 2 of 2**